In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-04-125 CV


____________________



ALFREY G. WILLIAMS, Appellant



V.



CHARLES GUIDRY, Appellee






On Appeal from the County Court at Law No. 1


Jefferson County, Texas


Trial Cause No. 95937






MEMORANDUM OPINION (1)


 Alfrey G. Williams, appellant, filed a motion to dismiss this appeal. The Court
finds that this motion is voluntarily made by the appellant prior to any decision of this
Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice
of appeal.

 It is, therefore, ORDERED that the motion to dismiss be granted and the appeal is
therefore DISMISSED.

 PER CURIAM


Opinion Delivered May 20, 2004

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.